## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 2020-8 |
| | ) | |
| KEYUR HIRENBHAI PATEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ATTORNEYS:

**Gretchen Shappert, United States Attorney**
**Kyle Payne, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Carl R Williams**
SmithWilliams, PLLC
St. Thomas, U.S.V.I.
    *For Keyur Hirenbhai Patel.*


## ORDER

GÓMEZ, J.

Before the Court is the trial in this matter, currently scheduled for April 13, 2020. For the reasons stated herein, the time to try this case is extended up to and including August 3, 2020.

On March 17, 2020, the Chief Judge of the District Court of the Virgin Islands entered a general order responding to the COVID-19 pandemic. The Chief Judge noted that the pandemic had been declared a national emergency and a public health emergency

by the President of the United States. The Chief Judge also

noted that the Governor of the Virgin Islands had declared a

state of emergency. The Chief Judge found it necessary to "take

reasonable and prudent actions" "in order to further public

health and safety, and the health and safety of Court personnel,

counsel, litigants, other case participants, jurors, persons

with other business at the courthouse, and the general public."

*Mar. 17, 2020, D.V.I. General Order* at 1-2,

https://www.vid.uscourts.gov/sites/ vid/files/general-

ordes/CoronaVirusOperationsOrder.pdf.

Among other precautionary measures, the Chief Judge

continued all criminal trials scheduled from March 18, 2020,

through April 16, 2020. The Chief Judge found that the ends of

justice required excluding March 18, 2020, through April 16,

2020, from the Speedy Trial count in all criminal matters.

> Such exclusion is necessary as to any cases scheduled
> for trial during the March 18, 2020[,] through April
> 16, 2020[,] period in order to assure that there is
> a full, unhindered, continuously serving jury venire
> and seated jury in every case, which is central to
> the sound administration of justice. Such exclusion
> of time is also necessary in cases that are set for
> trial outside of the March 18, 2020[,] through April
> 16, 2020[,] time period, as well as cases that are
> not yet set for trial, in order to address the
> reasonably anticipated difficulties in defense
> counsel communicating or visiting with clients; the
> difficulties that the parties are likely to face in
> undertaking all of the tasks necessary to fully
> prepare for trial; and the inherent delay in the

scheduling of further trials as a consequence of the
exclusion period herein.

*Id.* at 2-3.

Since the Chief Judge entered the general order, the crisis

in the U.S. Virgin Islands and the United States in general has

intensified. On March 17, 2020, there were approximately 7,000

confirmed cases in the United States, 2 of which were in the

U.S. Virgin Islands. As of the date of this Order, there are

over 188,000 confirmed cases in the United States, 30 of which

are in the U.S. Virgin Islands. The virus has claimed over 3,900

lives in the United States. The number of cases and deaths

continues to rise.

Recognizing the gravity of the situation, Congress passed

an unprecedented financial assistance package, the CARES Act, on

March 27, 2020. The Act was signed into law by the President of

the United States that same day. Among its many provisions, the

CARES Act authorizes district courts to use teleconferencing to

hold felony pleas and felony sentencings under appropriate

circumstances. *See* CARES Act, § 15002(b)(2), H.R. 748, 248-49.

While the Speedy Trial Act requires that defendants be

tried within seventy days of indictment, the Court specifically

finds that further extending this period would be in the best

interest of justice. In order to avoid overwhelming our

healthcare system, it is essential that action be taken to slow

the spread of the virus. Social distancing--specifically

avoiding gatherings of more than 10 people and maintaining a

distance of at least 6 feet from others--is the most effective

check against the COVID-19's transmission. Given the

increasingly dire circumstances faced by the U.S. Virgin Islands

and the United States as a whole, the Court finds that a greater

extension of time is necessary for the protection and well-being

of the defendant, the jury, the prosecutors, the witnesses, the

court personnel, and the general public at large.

The premises considered, it is hereby

**ORDERED** that the time beginning from the date of this order

granting an extension through August 3, 2020, shall be excluded

in computing the time within which the trial for Keyur Hirenbhai

Patel must be initiated pursuant to 18 U.S.C. § 3161; it is

further

**ORDERED** that the trial in this matter previously scheduled

for April 13, 2020, is **RESCHEDULED** to commence promptly at 9:00

A.M. on August 3, 2020, in Saint Thomas Courtroom 1; and it is

further

**ORDERED** that the motion of the United States, ECF No. 27,

to continue the trial is **MOOT**.

S\_____
       **Curtis V. Gómez**
       **District Judge**