## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0008 |
| ) | |
| **KEYUR HIRENBHAI PATEL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the is the joint motion of the United States and Keyur Hirenbhai Patel ("Patel") to continue the December 7, 2020 trial in this matter. (ECF No. 44.) For the reasons stated herein, the time to try this case is extended up to and including April 26, 2021.

On February 24, 2020, the United States filed an information against Keyur Hirenbhai Patel charging him with two counts: (1) making a false statement to a federal officer in violation of 18 U.S.C. § 1001(a)(2); and (2) re-entry of a removed alien in violation of 8 U.S.C. § 1326(a). The trial date is presently set for December 7, 2020.

On December 2, 2020, the United States and Patel filed a motion to continue the trial date. (ECF No. 44.) As a basis for the request, the United States and Patel asserts that Patel has filed a petition seeking asylum in the United States for a credible fear that drove him from his native country. *Id.* at 1. As such, the United States and Patel jointly seek to continue the trial such that the proceedings in this matter do not unduly prejudice Patel's asylum application.

While the Speedy Trial Act requires that defendants be tried within seventy days of indictment, the Court specifically finds that extending this period would be in the best interest of justice. Here, an extension of time is necessary to allow Patel time to complete the asylum application process, which may affect the outcome of this matter.

Consistent with this concern, the United States Court of Appeals for the Third Circuit has recognized that "whether or not a case is 'unusual' or 'complex,' an 'ends of justice'

continuance may in appropriate circumstances be granted." *United States v. Fields*, 39 F.3d 439, 444 (3d Cir. 1994); *cf. United States v. Dota*, 33 F.3d 1179 (9th Cir. 1994) ("An ends of justice continuance may be justified on grounds that one side needs more time to prepare for trial [even if the] case [i]s not 'complex.'"); *United States v. Lattany*, 982 F.2d 866, 883 (3d Cir. 1992) ("[T]he district court did not abuse its discretion when it delayed the trial to give counsel . . . opportunity to . . . decid[e] upon and prepar[e] an appropriate defense."); *United States v. Brooks*, 697 F.2d 517, 522 (3d Cir. 1982) (holding there was no abuse of discretion where district court found that multiple count, multiple defendant "case was complex and required additional time for adequate preparation.").

The premises considered, it is hereby

**ORDERED** that the joint motion of the United States and Keyur Hirenbhai Patel to continue the trial in this matter, ECF No. 44, is **GRANTED**; it is further

**ORDERED** that the time beginning from the date of this order granting an extension through April 26, 2021, shall be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; it is further

**ORDERED** that the trial in this matter previously scheduled for December 7, 2020, is **RESCHEDULED** to commence promptly at 9:00 A.M. on April 26, 2021, in St. Thomas Courtroom 1 before District Judge Robert A. Molloy; it is further

**ORDERED** that the telephonic final pretrial conference in this matter previously scheduled for December 3, 2020, is **CANCELED**; and it is further

**ORDERED** that the parties shall file any further request for a continuance of a scheduled hearing date in this matter at least seven days in advance of that hearing date.


**Dated:** December 3, 2020               */s/ Robert A. Molloy*
                                          **ROBERT A. MOLLOY**
                                          **District Judge**