**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0008 |
| ) | |
| **KEYUR HIRENBHAI PATEL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated September 18, 2024, ECF No. 104, recommending that the Defendant's plea of guilty to Count Two of the Information, a violation of Title 8, United States Code, Section 1326(a), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 104, is **ADOPTED;** it is further

**ORDERED** that Defendant Keyur Hirenbhai Patel's plea of guilty as to Count Two of the Information is **ACCEPTED**, and that Keyur Hirenbhai Patel is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **November 1, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **November 8, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **November 15, 2024;** it is further

*USA v. Patel*
Case No. 3:20-cr-0008
Order
Page **2** of **2**

  **ORDERED** that the parties shall file their sentencing memoranda no later than **November 27, 2024;** it is further

  **ORDERED** that a sentencing hearing shall be held on **December 6, 2024, at 9:00 A.M. in STT Courtroom No. 1.**


**Dated:** October 4, 2024        */s/ Robert A. Molloy*
                 **ROBERT A. MOLLOY**
                 **Chief Judge**